**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANDRIAS FUJIANTO,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center; et al.,<br>Respondents. | Case No. 5:26-cv-05856-SK<br><br>**ORDER GRANTING UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS** |

The petition for writ of habeas corpus under 28 U.S.C. § 2241 is granted as unopposed. Respondents shall release HANDRIAS FUJIANTO (A# 095-872-109) from ICE custody forthwith under a written order of supervision under 8 U.S.C. § 1231(a)(3). Respondents shall also return all official identity documents taken from him.

All pending motions are denied as moot. The hearing on the petition set for October 19, 2026 is vacated. The preliminary injunction entered October 5, 2026 is ordered dissolved upon petitioner's release. Judgment will be entered accordingly.

IT IS SO ORDERED.

Dated: October 13, 2026

HON. STEVE KIM
United States Magistrate Judge