**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HANDRIAS FUJIANTO,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center; et al.,

Respondents.

Case No. 5:26-cv-05856-SK

**JUDGMENT**

Pursuant to the Order Granting Unopposed Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted in Petitioner's favor with HANDRIAS FUJIANTO (A# 095-872-109) ordered released from ICE custody forthwith under a written order of supervision under 8 U.S.C. § 1231(a)(3). Respondents shall return all official identity documents taken from him.

Dated: October 13, 2026

HON. STEVE KIM
United States Magistrate Judge